```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 24643
   GARY PHILLIP WANTROBA
   CHERIE L WANTROBA                        CHAPTER 13

                                            JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-3422    SSN XXX-XX-1924
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/01/04 and confirmed on 09/07/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 45634.35 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIRST MIDWEST BANK | CURRENT MORTG | 6720.00 | .00 | 6720.00 |
| DAIMLER CHRYSLER FINANCI | SECURED | 7600.00 | 1015.27 | 7600.00 |
| NUVELL CREDIT COMPANY LL | SECURED | 13050.00 | 1228.19 | 13050.00 |
| PERSONAL FINANCE CO | SECURED | 1413.32 | 134.20 | 1413.32 |
| B LINE LLC | UNSECURED | 381.15 | .00 | 381.15 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | FILED LATE | .00 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | FILED LATE | .00 | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | 143.80 | .00 | 143.80 |
| CREDITORS DISCOUNT AUDIT | UNSECURED | NOT FILED | .00 | .00 |
| EPIC GROUP | UNSECURED | NOT FILED | .00 | .00 |
| MORRIS MEDICAL SPECIALIS | UNSECURED | NOT FILED | .00 | .00 |
| HEARTLAND CARDIOVASCULAR | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS VALLEY SURGICAL | UNSECURED | NOT FILED | .00 | .00 |
| MORRIS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| MORRIS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| MORRIS RADIOLOGY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| PETER ANALYTIS MD | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RESURGENT CAPITAL SERVIC | UNSECURED | 741.30 | .00 | 741.30 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1961.20 | .00 | 1961.20 |
| RIVERSIDE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| DIGESTIVE HEALTH ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| WORLD ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | UNSECURED | 5421.81 | .00 | 5421.81 |

```
NUVELL CREDIT COMPANY LL  UNSECURED      1105.08          .00      1105.08
FIRST MIDWEST BANK        UNSECURED          .00          .00          .00
FIRST MIDWEST BANK        UNSECURED          .00          .00          .00
     Summary of disbursements:
```

---

|                    | SECURED   | PRIORITY | UNSECURED | OTHER | TOTAL    |
|--------------------|-----------|----------|-----------|-------|----------|
| TOTAL CLMS ALLOWED | 28783.32  | .00      | 9754.34   | .00   | 38537.66 |
| PRINCIPAL PAID     | 28783.32  | .00      | 9754.34   | .00   | 38537.66 |
| INTEREST PAID      | 2377.66   | .00      | .00       | .00   | 2377.66  |
| TOTAL PAID         | 31160.98  | .00      | 9754.34   | .00   | 40915.32 |

The Debtor's attorney, PETER FRANCIS GERACI        , was allowed $   2700.00 and was paid $   2700.00 .

The Trustee received $   1991.52 .

Refunds to the Debtor totaled $      27.51 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/08/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 04 B 24643 GARY PHILLIP WANTROBA & CHERIE L WANTROBA